FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 MAR 28 PM 3: 24

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH juanitapp2009@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-269 **Filed Under Seal** |

## MOTION TO SEAL

Now comes the United States, by its undersigned counsel, Assistant United States Attorney, Jonathan J.C. Grey, and hereby respectfully request that the Search and Seizure Warrant and Return, Affidavit, all related documents and future related filings in the above entitled cause remain sealed for 120 days. There is an on-going criminal investigation that would be compromised if the existence of the investigation becomes known. The United States is apprehensive that pertinent evidence may be destroyed if targets or persons associated become aware of said Search and Seizure Warrant, Affidavit and related documents.

WHEREFORE, the government respectfully requests that the Search and Seizure Warrant and Return, Affidavit, and all related documents and future related filings in the above entitled cause remain sealed for an additional 120 days.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

/s/ Jonathan J.C. Grey
Jonathan J.C. Grey
Assistant United States Attorney